■ NORTH SHORE FUNDING CORP., Respondent, v DELLIGATTI, KASCHAK, JULIUS & KAIN, ESQS., Appellant. [669 NYS2d 1017] Appeal by the defendant from stated portions of an order of the Supreme Court, Nassau County (Segal, J.), dated December 9, 1996.

Ordered that the order is affirmed insofar as appealed from, with costs, for reasons stated by Justice Segal at the Supreme Court. Sullivan, J. P., Pizzuto, Santucci and Florio, JJ., concur.